# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**FILED**
August 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AE_____
DEPUTY

UNITED STATES OF AMERICA

v.

**Tarik Clint PAUL**

**CRIMINAL COMPLAINT**

CASE NUMBER: **W23-212M**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **April 19th, 2023,** in **Bell** County, in the **Western** District of **Texas**, defendant(s), **being a person who knew he was an alien who has been admitted to the United States under a nonimmigrant visa, did knowingly and unlawfully possess a firearm and said firearm was in and affecting commerce,** in violation of Title **18**, United States Code, Section(s) **922(g)(5)(B) and 924(a)(2)**.

I further state that I am a(n) **Deportation Officer, United States Immigration and Customs Enforcement,** and that this complaint is based on the following facts:

   SEE ATTACHED AFFIDAVIT

continued on the attached sheet and made a part hereof: YES

*Peter B. Meyer*
Peter B. Meyer, Deportation Officer
United States Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

August   31st   , 2023          Waco, Texas
Date                             City and State

Jeffrey C. Manske                *Jeffrey C. Manske*
U.S. Magistrate Judge
Name & Title of Judicial Officer   Signature of Judicial Officer

# AFFIDAVIT

BEING FIRST DULY SWORN, Affiant, Peter B. Meyer, deposes and states the following:

I, Peter B. Meyer, am a Deportation Officer with the United States Immigration and Customs Enforcement, Department of Homeland Security, currently based in the Waco, Texas sub-office. Affiant has been in this position for approximately eleven years and has a total of 23 years in the law enforcement field. Affiant's years of training and experience makes him qualified to execute this affidavit.

## AFFIANT'S KNOWLEDGE

The information in this affidavit is derived from physical evidence, review of reports, discussions with officers from the Killeen Police Department and from conversations with persons further identified below who have personal knowledge of the events described herein.

Based on Affiant's investigation, **Tarik Clint PAUL,** was a nonimmigrant alien in possession of a firearm in Killeen, Bell County Texas, which is located in the Waco Division of the Western District of Texas.

On or about April 21st, 2023, Tarik Clint PAUL, an alien, was found in the Bell County Jail, in Belton, Texas, within the Western District of Texas after PAUL was arrested by local law enforcement on April 19th, 2023, for unlawful carrying of a weapon. Bell County Jail officials submitted fingerprints into the 10- print Live Scan system. From the fingerprint submission, an Immigration Alien Response (IAR), a biometric fingerprint alert, on PAUL was received by DO M. ALVARADO-BRITO at the ERO Secure Communities, Houston Command Center in Houston, Texas. The ICE Form I-94 database, which identified PAUL by the information contained in the IAR, established that PAUL is an alien who was admitted into the United States from St. Lucia as a nonimmigrant visitor for pleasure (Entry code B2 visa) on or about December 17th, 2020, via New York City, NY at John F. Kennedy airport. PAUL was required to depart the United States on or before June 16th, 2021, and failed to depart when required.

Further information revealed that PAUL, when encountered by Killeen Police Officers, on or about April 19th, 2023, stated to Killeen Police Officer B #486 REEVES that the Glock handgun belonged to him. The firearm is a Make: Glock, Model: 45, Caliber: 9mm, Type: Pistol, Black in Color, Serial #: BKDX636.

On or about August 31st, 2023, Affiant contacted U.S. Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) John Lora in reference to the above-described pistol, in which he confirmed the model to have been manufactured in Austria. The above-described pistol is a firearm as defined in Title 18, United States Code, Section 921(a)(3), which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. The above-described firearm was manufactured outside the State of Texas and had traveled in and affected interstate and/or foreign commerce.

Based on the above information, Affiant believes probable cause exists for issuance of a complaint for **Tarik Clint PAUL** for possession of a firearm by a nonimmigrant alien.

*Peter B. Meyer*
_____
Peter B. Meyer, Deportation Officer
United States Immigration and Customs Enforcement

SWORN TO AND SUBSCRIBED BEFORE ME on this the __31st__ day of August, 2023.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE